UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMINE FELTON | CIVIL ACTION NO. 23-293 |
| VERSUS | JUDGE EDWARDS |
| LAJOEY HILL ET AL | MAG. JUDGE HORNSBY |

MEMORANDUM ORDER

Before the Court is an Appeal (ECF No. 82), filed by the plaintiff, Jamine Felton, seeking review of a decision issued by the Magistrate Judge (ECF No. 81). After a thorough review of the record and for the reasons set forth herein, the appeal is **DENIED**, and the ruling of the Magistrate Judge is **AFFIRMED**.

All discovery matters have been referred to the Magistrate Judge in accordance with 28 U.S.C. §636(b)(1)(A) and Standing Order 3.112 of this Court. Under Rule 72(a) of the Federal Rules of Civil Procedure, a party may appeal a magistrate judge's order on a referred matter to the district judge. The district judge may set aside the magistrate judge's order when it is "clearly erroneous or contrary to law." 28 U.S.C. §636(b)(1)(A). On discovery matters, magistrate judges are "afforded great discretion." *Albermarle Corp v. Chemtura Corp.* 2008 WL 11351528, *1 (M.D. La. Apr. 22, 2008) (citing *Merrit v. International Bro. of Boilermakers*, 649 F.2d 1013 (5th Cir. 1981)). Under a "clearly erroneous or contrary to law" standard of review, district courts "shall affirm the decision of the magistrate judge unless, based on all the evidence, the court is left with a definite and firm conviction that the magistrate judge made a mistake." *Progressive Waste Solutions of La, Inc. v. Lafayette Consolidated Government*, 2015 WL 222392, *2 (W.D. La. Jan. 14, 2015).

Here, the Magistrate Judge granted in part and denied in part the plaintiff's "Supplemental Motion to Compel" (ECF No. 62). The Magistrate Judge granted the Motion insofar as it requested an Unusual Occurrence Report ("UOR") drafted by MSgt. DeMarcus Warren. He denied the Motion as to other UORs speculated to exist. Plaintiff also seeks timecard records and logbooks—the Magistrate Judge ordered the production of "any other log book that shows when Lt. Hill made rounds on the tier during the relevant time period." Plaintiff does not point the Court to, nor have we independently ascertained, reversible error in the Magistrate Judge's decision. The undersigned agrees with the Magistrate Judge and declines to reverse that decision. Accordingly,

**IT IS ORDERED** that the plaintiff's Appeal (ECF No. 82) is **DENIED**, and the Magistrate Judge's Memorandum Order (ECF No. 81) is **AFFIRMED**.

**THUS DONE AND SIGNED** this 29th day of September, 2025.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**